STATE of Vermont v. Joseph N. BARTLETT, No. 228-78

September 8, 1978. Motion for Bail denied.

Larrow, J.